United States District Court
Southern District of Texas
**ENTERED**
August 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY K. CALLERY, JOHN B. FRAZIER, and JAMES T. WILLIAMS, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. H-21-1086 |
| EXXONMOBIL CORPORATION, and THE EXXONMOBIL MEDICAL PLAN, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion entered this date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 20, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge